IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00072-CV

 

Kelli Von Thacker,

                                                                      Appellant

 v.

 

The Kroger Co., Kroger Texas, L.P.

and Jesus Mesa, d/b/a Total Cleaning,

                                                                      Appellees

 

 

 



From the 48th District Court

Tarrant County, Texas

Trial Court # 48-193227-02

 



MEMORANDUM 
Opinion



 

Appellant filed “Appellant’s Motion
for Voluntary Dismissal of Appeal.”  In
relevant portion, Rule 42.1 of the Texas Rules of Appellate Procedure provides:


(a)    
The
appellate court may dispose of an appeal as follows: 

 

           . . . 

 

(2) in accordance with a motion of
appellant to dismiss the appeal or affirm the appealed judgment or order; but
no party may be prevented from seeking any relief to which it would otherwise
be entitled.

 

Tex. R. App. P. 42.1. 
The appellees have not responded to this motion.  We find that appellees would not be prevented
from seeking any relief to which they would be otherwise entitled if we granted
the motion.  Therefore, under the
authority of Rule 42.1, the cause is dismissed. 
Costs are taxed against the party incurring them.

 

PER CURIAM

 

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Dismissed

Opinion delivered and filed March
 2, 2005

[CV06]